473 A.2d 678

Hunterdon Co. Nat'l Bk v. Wolf, etc., Appellants.

Argued December 13, 1983. Richard W. Wolf, appellant, in propria persona; Carl L. Lindsay, Jr., for appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Order of June 16, 1982 affirmed.